In the Matter of the Will of ELIAS BERLINER, Deceased. SHIRLEY BER-LINER et al., Appellants; ANNA BAFF et al., Individually and as Executors and Trustees under the Will, Respondents.— On appeal by the petitioners from a decree of the Kings County Surrogate's Court, in a proceeding for the construction of a will and for the approval of a compromise agreement, decree modified on the law by striking therefrom the first and second decretal paragraphs and all of the third decretal paragraph except insofar as it disapproves the compromise agreement, dated February 27, 1943; and as so modified, the decree is unanimously affirmed, without costs. There is no controversy among the parties within the meaning of section 19 of the Decedent Estate Law. The provision for the benefit of the granddaughters in paragraph " Fifth " of the will created a vested estate in them and each is entitled to her share of the estate absolutely. (*Kernochan* v. *Marshall*, 165 N. Y. 472; *Radley et al.* v. *Kuhn et al.*, 97 N. Y. 26; *Shannon* v. *Pentz*, 1 App. Div. 331.) The provision directing that the shares of the said granddaughters be held in trust does not create a valid trust. It is purely passive and the executors took nothing thereunder. (Real Property Law, § 93; *Jacoby* v. *Jacoby*, 188 N. Y. 124; *Woodgate et al.* v. *Fleet et al.*, 64 N. Y. 566; *Matter of Rogers*, 251 App. Div. 478; *Steinert* v. *Steinert*, 161 App. Div. 841; *Matter of De Rycke*, 99 App. Div. 596.) Present — Close, P. J., Hagarty, Johnston and Aldrich, JJ.; Carswell, J., not voting. [See *post*, p. 1000.]

In the Matter of PATRICK J. CONNOLLY, Petitioner, against LEWIS J. VALEN-TINE, as Police Commissioner of the City of New York, Respondent.— Proceeding brought pursuant to article 78 of the Civil Practice Act, to review the determination of the Police Commissioner of the City of New York in dismissing the petitioner from the police force of the city of New York. Determination unanimously confirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

PETER KRUSE, Appellant, v. CALLAHAN CAN MACHINE CO., INC., Respondent.— In an action to recover a balance due upon an employment contract, order denying plaintiff's motion to strike out the defendant's partial defense affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.